U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE
MAR 25 2009
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOSEPH LIONELL PARKS | CIVIL ACTION NO. 08-1660 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN R. DEVILLE, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 6] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Joseph Lionell Park's civil rights complaint is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief might be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

MONROE, LOUISIANA, this 25 day of March, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE